# FINANCIAL AFFIDAVIT

**IN UNITED STATES**   ☒ MAGISTRATE   ☐ DISTRICT   ☐ APPEALS COURT or   ☐ OTHER PANEL (Specify below)

IN THE CASE OF

US  v.s. Medina Orange

FOR AT

| LOCATION NUMBER |
|---|

**PERSON REPRESENTED** (Show your full name)

Heriberto Medina-Orange

| | | DOCKET NUMBERS |
|---|---|---|
| 1 | ☐ Defendant—Adult | Magistrate |
| 2 | ☐ Defendant - Juvenile | |
| 3 | ☐ Appellant | District Court |
| 4 | ☐ Probation Violator | 04-10329 |
| 5 | ☐ Parole Violator | Court of Appeals |
| 6 | ☐ Habeas Petitioner | |
| 7 | ☐ 2255 Petitioner | |
| 8 | ☐ Material Witness | |
| 9 | ☐ Other | |

**CHARGE/OFFENSE** (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

---

**ASSETS**

**EMPLOYMENT**

Are you now employed?  ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer:

**IF YES, how much do you earn per month? $** _____

**IF NO, give month and year of last employment**
How much did you earn per month? $ _____

If married is your Spouse employed?  ☐ Yes   ☐ No

**IF YES, how much does your Spouse earn per month? $** _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☒ Yes   ☐ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED $ 20,000   SOURCES: self-employment (construction/maintenance)

$ _____

**CASH**

Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes   ☒ No

**IF YES, GIVE THE VALUE AND $ DESCRIBE IT**

| VALUE | DESCRIPTION |
|---|---|
| | |

---

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS:
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them
Darwin Medina (father)
Stephanie Medina "
Laura Medina "

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paym't |
|---|---|---|---|
| | credit cards | $ 3500.00 | $ 750.00 |
| | rent | $ | $ 700.00 |
| | utilities | $ | $ |
| | food + clothing | $ | $ 800.00 |

---

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date)   November 4, 2004

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ _Heriberto Medina_