# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.

<u>HERIBERTO MEDINA-ARANGO</u>                CR 04-10329-NMG

      Defendant

## APPOINTMENT OF FEDERAL DEFENDER

### MARTIN RICHEY

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of **NOVEMBER 4, 2004** to represent said defendant in this cause until further order of the Court.

      CLERK OF COURT

      By:    /s/ Maria Simeone
                  Courtroom Deputy
                  The Honorable Lawrence P. Cohen

DATE: 11/4/04

(Appt Fed def.wpd - 11/98)                                                                                    [koapptpd.]