UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10329-NMG

UNITED STATES OF AMERICA

v.

HERIBERTO DE JESUS MEDINA-ARANGO

FINAL STATUS REPORT

January 27, 2005

COHEN, M.J.

A Final Status Conference was scheduled before this court on Thursday, January 27, 2005, pursuant to the provisions of Local Rule 116.5(A). Based on that conference, this court reports as follows:

1. All discovery is complete, and no motions are pending

2. Most likely, there will not be a trial in this case.[1] The defendant intends to offer a plea of guilty;

3. As of the date of the Final Status Conference, this court finds and concludes that only fourteen (14) days has elapsed on the Speedy Trial clock;

4. The file is hereby ordered returned to the district judge to whom this case is assigned schedule a Rule 11 hearing.

---

[1] Counsel for the defendant is still awaiting receipt of the defendant's file from INS. In the unlikely event that that file indicates in some manner that the prior deportation was invalid, then counsel for the defendant may file a motion to dismiss on that basis.

_____
UNITED STATES MAGISTRATE JUDGE

-2-