UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10329-NMG |
| | ) | |
| HERIBERTO MEDINA-ARANGO | ) | |

DEFENDANT'S ASSENTED-TO MOTION TO BRIEFLY CONTINUE SENTENCING

Defendant, with the assent of the government, respectfully moves this Court to continue his sentencing (currently scheduled for June 30, 2005 at 3:00) to July 25, 2005 at 3:30. As grounds for this motion, undersigned counsel will be trying a case before Judge Tauro starting on June 27, 2005, and Judge Tauro's trial session runs in both the morning and afternoon.

Assistant U.S. Attorney Nadine Pellegrini assents to this motion.

                                                      HERIBERTO MEDINA-ARANGO
                                                      By his attorney,

                                                      /s/ J. Martin Richey
                                                      J. Martin Richey
                                                        B.B.O. #559902
                                                      Federal Defender Office
                                                     408 Atlantic Avenue, 3rd Floor
                                                     Boston, MA  02110
                                                     Tel: 617-223-8061

June 16, 2005